UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IREAK AJANI TROTMAN,<br><br>Petitioner,<br><br>-v.-<br><br>PAUL ARTETA, *Director of the Orange County Correctional Facility*; KENNETH GENALO, *New York Field Office Director for U.S. Immigration and Customs Enforcement*; MARKWAYNE MULLIN, *Secretary of Homeland Security*; TODD BLANCHE, *Attorney General of the United States*,<br><br>Respondents. | 26 Civ. 4499 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On May 28, 2026, Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. The Court, having examined the petition in this action, hereby ORDERS that:

(i)   On or before **June 1, 2026**, the Government shall file a letter with the following information:

   a. Petitioner's A-number and current place of detention;

   b. The statutory provision(s) under which Respondents assert the authority to detain Petitioner;

   c. A copy of any final order of removal;

   d. Any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings; and

e. An indication of whether this case is distinguishable from *Barbosa da Cunha* v. *Freden*, 175 F.4th 61 (2d Cir. 2026).

(ii) On or before **June 2, 2026**, the Government shall file an opposition as to why this petition for a writ of habeas corpus should not be granted.

(iii) Petitioner shall have the opportunity to reply on or before **June 9, 2026**.

(iv) The parties shall appear for a conference regarding the petition on **June 16, 2026**, at **12:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Respondents shall produce Petitioner at this hearing.

(v) To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States without an order by this Court allowing such removal. *See, e.g., M.K.* v. *Joyce*, No. 25 Civ. 1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) ("To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed … unless and until the Court orders otherwise." (emphasis omitted)); *Garcia-Izquierdo* v. *Gartner*, No. 4 Civ. 7377 (RCC), 2004 WL 2093515, at *2 (S.D.N.Y. Sept. 17, 2004) ("Under the All Writs Act, 28 U.S.C. § 1651, the Court may order that a petitioner's deportation be stayed … when a stay is necessary to preserve the Court's jurisdiction of the case.").

(vi)     Moreover, to facilitate resolution of the petition, Petitioner shall not be transferred, except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.  *See Samb* v. *Joyce*, No. 25 Civ. 6373 (DEH) (S.D.N.Y. Aug. 4, 2025) (Dkt. #3 at 2) (collecting cases in support of enjoining transfer of petitioner outside of the New York City area).

SO ORDERED.

Dated:   May 29, 2026
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge