UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IREAK AJANI TROTMAN,

Petitioner,

-v.-

PAUL ARTETA, *Director of the Orange County Correctional Facility*; KENNETH GENALO, *New York Field Office Director for U.S. Immigration and Customs Enforcement*; MARKWAYNE MULLIN, *Secretary of Homeland Security*; TODD BLANCHE, *Attorney General of the United States*,

Respondents.

26 Civ. 4499 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court has reviewed Petitioner's motion to enforce the Court's Order (Dkt. #8-12; *see also* Dkt. #7 (Court's Order)), the Government's response (Dkt. #14), and Petitioner's reply (Dkt. #15). The Government agrees with Petitioner that the Immigration Judge failed to comply with the Court's Order. (Dkt. #14). As Petitioner correctly observes, "the parties [only] differ as to the scope of the [Immigration Judge]'s errors and what the appropriate remedy should be." (Dkt. #15 at 1). Petitioner seeks immediate release (*Id.* at 7), while the Government takes the position that "the Court should order a new bond hearing before a different [immigration judge] that complies with the Stipulation and Order, and if that is not done, then release" (Dkt. #14 at 2). The Court agrees with the Government, for substantially the reasons articulated in its response.

The Court therefore ORDERS that on or before **September 14, 2026**, the Government shall provide Petitioner with an individualized bond hearing before a different immigration judge than the Judge who conducted Petitioner's June 4, 2026 hearing. At this new hearing, the Government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a flight risk. The new immigration judge must consider alternative conditions of release with respect to both dangerousness and risk of flight. If the immigration judge sets a monetary bond, he or she must consider Petitioner's ability to pay in determining the appropriate bond amount.

The Clerk of Court is directed to terminate the pending motion at docket entry 8.

SO ORDERED.

Dated: September 3, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge